FILED: April 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-2005
(3:23-cv-04995-MGL)

———————————

DARIEN CORNELIUS JUNE

       Plaintiff - Appellant

v.

DICK SMITH AUTOMOTIVE GROUP; SCOTT FAIREY; JOSEPH STUBAUS

       Defendants - Appellees

———————————

M A N D A T E

———————————

The judgment of this court, entered 03/17/2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*