To The Fourth Circuit Court
Of Appeals

April 1,2026

To whom it may concern
I, Darien June would respectfully
like to request an extension of time
for a petition for rehearing. I have
not recieved the letter until days after
the filed date.

Darien June

Also attached is Documents [67-] [57] from
case in which signed by Mary Geiger
Lewis in order for this case to continue
both my Title VII claim along with
my Defamation claim. In which was an
error made but was corrected later. Respectfully,

Darien C June

CM/ECF - scd                                    https://scd-ecf.sso.dcn/cgi-bin/Dispatch.pl?773361879130428

**Other Orders/Judgments**

3:23-cv-04995-MGL-SVH June v.
Dick Smith Ford of Columbia et al

JURY,PROSE

*RECEIVED APR 1 5 2026 U.S. Court of Appeals Fourth Circuit*

*Title VII claim against DSFC only will proceed per [57]*

*Defamation claim per [57] will proceed*

*TBIJC 25-2005*

### U.S. District Court

### District of South Carolina

**Notice of Electronic Filing**

The following transaction was entered on 6/4/2024 at 2:52 PM EDT and filed on 6/4/2024
Case Name:        June v. Dick Smith Ford of Columbia et al
Case Number:      3:23-cv-04995-MGL-SVH
Filer:
Document Number: 57

**Docket Text:**
**AMENDED ORDER ADOPTING THE REPORT AND RECOMMENDATION TO THE EXTENT PROVIDED HEREIN AND DISMISSING PLAINTIFFS TITLE VII CLAIMS AGAINST THE INDIVIDUAL DEFENDANTS: After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court sustains June's objection regarding his defamation claims against Scott and Joey, adopts the Report to the extent it does not contradict this Order, and incorporates it herein. It is therefore the judgment of the Court June's Title VII claims against Scott and Joey are DISMISSED WITH PREJUDICE; but his defamation claims against them will go forward. The Court hastens to add its decision to allow the defamation claim to go forward is not based on any error whatsoever by the highly esteemed Magistrate Judge. She, of course, lacked the benefit of June's objections and the supplement to his objections when she made her recommendation to dismiss his defamation claims. Signed by Honorable Mary Geiger Lewis on 06/04/2024. (apsn)**

**3:23-cv-04995-MGL-SVH Notice has been electronically mailed to:**

William L Duda      bill.duda@ogletreedeakins.com, COLDocketing@ogletree.com,
alexis.terry@ogletreedeakins.com, meredith.smith@ogletreedeakins.com

Sarah Meadows Gable      sarah.gable@odnss.com, COLdocketing@ogletree.com,
alexis.terry@ogletreedeakins.com, meredith.smith@odnss.com

**3:23-cv-04995-MGL-SVH Notice will not be electronically mailed to:**

Darien Cornelius June
5 Merc Court
Columbia, SC 29201

```
MIME-Version:1.0
From:SCDEfilingstat@scd.uscourts.gov
To:scd_ecf_nef@localhost.localdomain
Bcc:
--Case Participants: Sarah Meadows Gable (alexis.terry@ogletreedeakins.com,
coldocketing@ogletree.com, meredith.smith@odnss.com, sarah.gable@odnss.com), William L Duda
(alexis.terry@ogletreedeakins.com, bill.duda@ogletreedeakins.com, coldocketing@ogletree.com,
meredith.smith@ogletreedeakins.com), Honorable Mary Geiger Lewis (lewis_ecf@scd.uscourts.gov),
Magistrate Judge Shiva V Hodges (hodges_ecf@scd.uscourts.gov)
--Non Case Participants: ajor (amber_jordan@scd.uscourts.gov), Magistrate Judge Hodges
(hodges_ecf@scd.uscourts.gov)
--No Notice Sent:

Message-Id:<11890910@scd.uscourts.gov>
Subject:Activity in Case 3:23-cv-04995-MGL-SVH June v. Dick Smith Ford of Columbia et al Order
Ruling on Report and Recommendation
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

**U.S. District Court**

**District of South Carolina**

**Notice of Electronic Filing**

The following transaction was entered on 6/11/2024 at 8:20 AM EDT and filed on 6/11/2024
**Case Name:**        June v. Dick Smith Ford of Columbia et al
**Case Number:**      3:23-cv-04995-MGL-SVH
**Filer:**
**Document Number:** 63

**Docket Text:**
ORDER RULING ON REPORT AND RECOMMENDATION: After a thorough review of the [37] Report and the record in this case pursuant to the standard setforth above, the Court overrules DSF's objections, adopts the Report, and incorporates it herein. It is therefore the judgment of the Court [26] DSF's motion to dismiss is GRANTED IN PART AND DENIED IN PART, allowing June's Title VII wrongful termination claim based on race to proceed. Signed by Honorable Mary Geiger Lewis on 06/11/2024. (cpri)

**3:23-cv-04995-MGL-SVH Notice has been electronically mailed to:**

William L Duda     bill.duda@ogletreedeakins.com, COLDocketing@ogletree.com, alexis.terry@ogletreedeakins.com, meredith.smith@ogletreedeakins.com

Sarah Meadows Gable     sarah.gable@odnss.com, COLdocketing@ogletree.com, alexis.terry@ogletreedeakins.com, meredith.smith@odnss.com

**3:23-cv-04995-MGL-SVH Notice will not be electronically mailed to:**

Darien Cornelius June
5 Merc Court
Columbia, SC 29201

TO: Fourth Corcu£t Court of
Appeals/1100 East Main street suite 501
Rochmond, VA 23219
From: 5 mere Court Columbia SC
29201

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

APR 0 1 2

FT JACKSON 29207

RECEIVED
U.S. MARSHALS

rcuit Court

eals

ast Main St. Ste 501

ord, VA
23219

UNITED STATES
POSTAL SERVICE

UNITED STATES
POSTAL SERVICE
FT JACKSON POST OFFICE
4350 CENTURY DIVISION
COLUMBIA, SC 29207-9998

5 merc Ct
Columbia, SC 29201

Fourth (
of Ap
1100 L
Richm